MICHELE BECKWITH
Acting United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JINGYU WANG, | CASE NO. 2:25-CV-00079-AC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY STAY |
| v. | |
| USCIS, ET AL., | |
| Defendants. | |

The Defendants respectfully request to stay this case through October 3, 2025, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on Plaintiff Wang's pending asylum application, which she filed in 2020. USCIS has scheduled Plaintiff Wang's asylum interview for June 5,2025. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff Wang's application, and USCIS anticipates it will do so within 120 days following the successful complete of Plaintiff's asylum interview.

/ / /

/ / /

1

The parties therefore stipulate that this matter be stayed October 3, 2025. The parties further request that all other filing deadlines be similarly vacated.

Respectfully submitted,

Dated:  March 6, 2025                                   MICHELE BECKWITH
                                                        Acting United States Attorney

                                         By:  /s/ ELLIOT C. WONG
                                              ELLIOT C. WONG
                                              Assistant United States Attorney

Dated: March 6, 2025                     By:  /s/ CHIEN-YU MICHAEL WANG
                                              CHIEN-YU MICHAEL WANG
                                              Counsel for Plaintiff

[~~PROPOSED~~] ORDER

It is so ordered.

Dated: March 6, 2025                          _____
                                              ALLISON CLAIRE
                                              UNITED STATES MAGISTRATE JUDGE